# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed:

Index #   1:22-cv-00192

---

*Antolin Anastasio, individually and on behalf of others similarly situated*          Plaintiff

against

*Bardolino Pizza INC. (d/b/a Bardolino Pizza), et al*          Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____Scott Schuster_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____February 23, 2022_____ , at __11:00 AM__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint and Demand by Employee to Inspect Share Records and Minutes
Pursuant to Section 624 of the New York State Business Corporation Law          on

_____Bardolino Pizza INC._____ , the

Defendant in this action, by delivering to and leaving with _____Sue Zouky_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of

the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, <u>2</u> true copies thereof and that

at the time of making such service, deponent paid said Secretary of State a fee <u>40</u> dollars; That said service was

made pursuant to Section <u>306 Business Corporation Law</u>. Deponent further says that deponent knew the person

so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly

authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht. __5'1__

Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this

__23rd__ day of February 2022

*HMgL*

HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2024

Scott Schuster

**Attny's File No.**

Invoice•Work Order # S1873060

*SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201*