Attorney:
CATALINA SOJO, ESQ.
CSM LEGAL, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165



UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

Index / case #: 1:22-CV-00192

ANTOLIN ANASTASIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

**AFFIDAVIT OF SERVICE**

Plaintiff

BARDOLINO PIZZA INC. D/B/A BARDOLINO PIZZA, ET AL
Defendant

__Kings__ County, State of: __New York__ __Aaron Jones__ __NY__ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: __NY__

On __2/25/22__ at __4:16__ am/pm at: 1505 LEXINGTON AVENUE NEW YORK NY 10029

Deponent served the within: SUMMONS & COMPLAINT; NOTICE OF INTENT

On which were set forth the Index No., herein, and date of filing

On: ANGEL S. AGUDO C/O BARDOLINO PIZZA
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[X] **Suitable Age person** — By delivering thereat a true copy of each to: __Luis Agudo__ MANAGING AGENT
a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence
[X] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence
[ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____
personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business
at __1505 Lexington Avenue New York NY 10029__
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[X] Male  [ ] White skin  [X] Black hair  [ ] 14-20 Yrs  [ ] Under 5'  [ ] Under 100 Lbs
[ ] Female  [ ] Black skin  [ ] Brown hair  [ ] 21-35 Yrs  [ ] 5'0"-5'3"  [ ] 100-130 Lbs
[ ] Yellow skin  [ ] Gray hair  [X] 36-50 Yrs  [X] 5'4"-5'8"  [ ] 131-160 Lbs
[X] Brown skin  [ ] Blonde hair  [ ] 51-65 Yrs  [ ] 5'9"-6'0"  [X] 161-200 Lbs
[ ] Red skin  [ ] Red hair  [ ] Over 65 Yrs  [ ] Over 6'  [ ] Over 200 Lbs

Other Identifying Features _____

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on __3/2/2022__

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: 1/18/2026

File No. 1:22-CV-00192

(Print name below signature)
Aaron Jones 2101664

Work Order No. 564486
SLS Process Serving Co. LLC-2074823
90 State St, Albany NY 12207

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ANTOLIN ANASTASIO individually and on behalf of others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BARDOLINO PIZZA INC. (D/B/A BARDOLINO PIZZA), MARIA T. ARIAS, and ANGEL S. AGUDO <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:22-cv-00192 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Angel S. Agudo
c/o Bardolino Pizza
1505 Lexington Ave
New York, New York 10029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catalina Sojo
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  February 17, 2022                             /S/  S. James
*Signature of Clerk or Deputy Clerk*

