Attorney:
CATALINA SOJO, ESQ.
CSM LEGAL, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


564485

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

ANTOLIN ANASTASIO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY
SITUATED

                                    Plaintiff

BARDOLINO PIZZA INC. D/B/A BARDOLINO PIZZA, ET AL
                                    Defendant

**Index / case #: 1:22-CV-00192**

**AFFIDAVIT OF SERVICE**

_Kings_ County, State of: _New York_  _Aaron Jones_ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _NY_

On _2/25/22_ at _4:16_ am/pm at: 1505 LEXINGTON AVENUE NEW YORK NY 10029

Deponent served the within: SUMMONS & COMPLAINT; NOTICE OF INTENT

On which were set forth the Index No., herein, and date of filing

On: MARIA T. ARIAS C/O BARDOLINO PIZZA
(herein after called the recipient) therein named.

| | | |
|---|---|---|
| [ ] | Individual | By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein |
| [X] | Suitable Age person | By delivering thereat a true copy of each to: _Luis Agudo_ MANAGING AGENT a person of suitable age and discretion.Said premises is recipients [ ] Actual Place of Residence [X] Actual Place of Business within the State. |
| [ ] | Affixing to Door | By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there |
| [ ] | Corporation or Partnership | By delivering thereat a true copy of each to:_____ personally.  Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be_____ thereof. |
| [X] | Mailing | Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope  properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business at _1505 Lexington Avenue New York NY 10029_ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.  The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant. |

| | | | | | |
|---|---|---|---|---|---|
| [X] | Description | [X] Male | [X] Black hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| | | [ ] Female | [ ] Brown hair | [ ] 21-35 Yrs | [ ] 5'0"-5'3" | [ ] 100-130 Lbs |
| | | | [ ] Yellow skin | [ ] Gray hair | [X] 36-50 Yrs | [X] 5'4"-5'8" | [ ] 131-160 Lbs |
| | | | [X] Brown skin | [ ] Blonde hair | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [X] 161-200 Lbs |
| | | | [ ] Red skin | [ ] Red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |
| | | Other Identifying Features | | | | |

| | | |
|---|---|---|
| [X] | Military Service | I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. |

[ ] Subpoena Fee Tendered in the amount of_____

[ ]

Sworn to before me on _3/2/2022_

_Aaron Jones_
(Print name below signature)
_Aaron Jones 2101664_

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: 1/18/2026

File No.: 1:22-CV-00192

Work Order No.    564485
SLS Process Serving Co. LLC 2094823
90 State St. Albany NY 12207