# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

April 25, 2022

<u>VIA ECF</u>  
Honorable John G. Koeltl  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:   Anastasio et al v. Bardolino Inc. et al  
        22-cv-00192

Your honor:

This office represents Plaintiff in the above-captioned case. We are writing regarding the Initial Conference currently scheduled for May 2, 2022.

At this time, the Defendants have been served, but have not responded to this lawsuit, nor has an attorney appeared on their behalf. As such, Plaintiff respectfully requests that the Initial Conference be adjourned *sine die* and a schedule be set for a Motion for Default Judgment. This is the first request of its kind. We are not in contact with Defendants or their counsel and as such, this motion is made without their input.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Clela Errington*  
Clela A. Errington.  
CSM LEGAL, P.C.  
*Attorneys for Plaintiffs*

[Handwritten order: Service of the summons and complaint should be made on each of the defendants at their last known address and a certificate of service should be filed. The May 2, 2022 conference is canceled. The plaintiff may move for a default judgment by order to show cause by May 13, 2022. So ordered. /s/ JGK/Koeltl/U.S.D.J. 4/25/22]

Certified as a minority-owned business in the State of New York