**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTOLIN ANASTASIO, *individually and on behalf of others similarly situated,*

                                *Plaintiff,*

            -against-

BARDOLINO PIZZA INC. (D/B/A BARDOLINO PIZZA, MARIA T. ARIAS, and ANGEL S. AGUDO,
-----------------------------------------------------------X

Case: 1:22-cv-192

**CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 10, 2022 with the filing of a summons and complaint. Defendant Bardolino Pizza Inc. (d/b/a Bardolino Pizza) was served with the summons and complaint on February 23, 2022 by personally serving Scott Schuster, an authorized agent in the office of the Secretary of State of New York pursuant to N.Y. C.P.L.R § 311(a)(1) and N.Y. B.C.L. §306(b)(1); and proof of such service on the said Defendant was filed on March 1, 2022. (Dkt. No. 24).

I further certify that the docket entries indicate that the above-named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Bardolino Pizza Inc. (d/b/a Bardolino Pizza) is hereby noted.

Dated: New York, New York
        May 4, 2022

                                              **RUBY J. KRAJICK**
                                              Clerk of the Court

                                           By: _____
                                                     Deputy Clerk