UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANTOLIN ANASTASIO, *individually and on behalf of others similarly situated,*

    *Plaintiff,*

-against-

BARDOLINO PIZZA INC. (D/B/A
BARDOLINO PIZZA, MARIA T. ARIAS,
and ANGEL S. AGUDO,

    
----------------------------------------------------------X

**Case: 22-cv-192**

**CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 10, 2022 with the filing of a summons and complaint; that a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e)(1), on Defendant Angel S. Agudo on February 25, 2022 by personally leaving a copy with Luis Agudo, a person of suitable age and discretion, who identified himself as a managing who identified himself as a managing agent, and within twenty days depositing true copies of the same in a post office or official depository under exclusive care and custody of the U.S. Postal Service within New York State by regular first class mail; and proof of such service on the said Defendant was filed on March 4, 2022. (Dkt. No. 25)

I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Angel S. Agudo is hereby noted.

Dated: New York, New York
    May 4, 2022

    **RUBY J. KRAJICK**
    Clerk of the Court
    By: *Kmarejo*
    Deputy Clerk