Angel S. Agudo<br>
5630 Waldron Street<br>
Corona, NY 11368<br>
Tel: 347-901-0938

Honorable John G. Koeltl
United States District Judge

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Antolin Anastasio, Plaintiff
      Bardolino Pizza Inc., Maria T. Arias and Angel S. Agudo
      Case No. 22-cv-192

Dear Judge Koeltl:

My name is Angel S. Agudo, manager of Bardolino Pizza Inc., located at 1505 Lexington Avenue, New York, NY 10029, and the defendant in the above mentioned case. The reason for this letter is to ask for leniency and your consideration in granting us more time to seek for legal help to properly respond on the matter.

When we were originally served the complaint we were ignorant and somewhat dismissed the documents presented to us. We did not understand its content and were not aware of its severity and time sensitivity. Then received a copy by mail of the order to obtain "Default Judgment", we tried seeking legal advice. Unfortunately, we have not been able to find an attorney that suits our necessities.

The facts stated in the Complaint filed by the Plaintiff are not true. Evidence and witnesses are being gathered, and attorney is being contact. Please take this into consideration and give us the additional time and the opportunity to present our evidence on the case before making a decision and signing the judgment.

Respectfully,

*Angel S. Agudo*
Angel S. Agudo