UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
ANTOLIN ANASTASIO,
                Plaintiff,        22-cv-192 (JGK)

      - against -             ORDER

BARDOLINO PIZZA, INC, ET AL.,
                Defendants.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by September 9, 2022.


SO ORDERED.
Dated:    New York, New York
          August 22, 2022

                                     /s/ John G. Koeltl
                                        John G. Koeltl
                           United States District Judge