**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ANASTASIO, et al.,

                Plaintiffs,             No. 22-CV-00192 (OTW)

      -against-                    **ORDER**

BARDOLINO PIZZA INC., et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Having been advised that the parties have reached a settlement (ECF 61) the parties shall jointly submit a proposed settlement agreement for approval by **January 4, 2023.** The parties shall attach to the executed settlement agreement a joint letter motion explaining why the settlement agreement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The letter motion should provide sufficient detail on the method used to determine the settlement amount as well as detailed billing records to support any claim for attorneys' fees.

If the parties would prefer an in-person hearing on their *Cheeks* motion, the parties are directed to meet and confer on dates that counsel and all parties would be able to attend a *Cheeks* hearing on the record, and propose, by **January 4, 2023**, at least three dates and times where all parties are available during the weeks of January 23, 2023, January 30, 2023, and February 6, 2023.

All deadlines in this matter are adjourned *sine die*. (*See, e.g.*, ECF 59).

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: December 5, 2022                                             **Ona T. Wang**
New York, New York                                  United States Magistrate Judge