UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTOLIN ANASTASIO, *individually and on behalf of others similarly situated,*

                      Plaintiff,

      -against-

BARDOLINO PIZZA INC. (d/b/a BARDOLINO PIZZA) et al.,

                      Defendants.
------------------------------------------------------------x

22-CV-192 (OTW)

**OPINION & ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' settlement submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (ECF 66). The Court has reviewed ECF 66, and finds that the proposed settlement is fair and reasonable.

Plaintiff's motion for Ramsha Ansari to withdraw as attorney (ECF 67) is **GRANTED**.

The Clerk is respectfully directed to close ECF 67 and then close the case.

**SO ORDERED.**

Dated: November 8, 2023                                     *s/ Ona T. Wang*
       New York, New York                                **Ona T. Wang**
                                                                    United States Magistrate Judge